767

Submitted December 11, 1967. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Risner, Appellant.

Submitted December 11, 1967. *W. Wallace Dyer, Jr.,* for appellant; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Rought, Appellant.

Submitted December 11, 1967. *Walter J. Rought,* appellant, in propria persona; *M. Donald O'Malley,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Rought, Appellant.